FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:09−bk−12887−RTB

CHAD BENJAMIN RAYNES  Chapter: 13
16487 N. 161 DRIVE
SURPRISE, AZ 85374
**SSAN:** xxx−xx−1924
**EIN:**

MICHELLE L RAYNES
16487 N. 161 DRIVE
SURPRISE, AZ 85374
**SSAN:** xxx−xx−2633
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1.  Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | CHAD BENJAMIN RAYNES<br>16487 N. 161 DRIVE<br>SURPRISE, AZ 85374<br><br>MICHELLE L RAYNES<br>16487 N. 161 DRIVE<br>SURPRISE, AZ 85374 |
| Address of Debtor(s) Attorney | JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737 |

– – – **NOTICE CONTINUES ON NEXT PAGE** – – –

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: April 21, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: estrellam           Page 1 of 2           Date Rcvd: Apr 21, 2010
Case: 09-12887                Form ID: nch13pln         Total Noticed: 36
```

The following entities were noticed by first class mail on Apr 23, 2010.
```
db/jdb      +CHAD BENJAMIN RAYNES,   MICHELLE L RAYNES,   16487 N. 161 DRIVE,   SURPRISE, AZ 85374-5737
smg          AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
              PHOENIX, AZ  85007-2650
8168695     +ACI,   4150 W. PEORIA AVE STE 222,   Phoenix AZ 85029-3956
8168696     +BELL WEST CHIROPRACTIC,   16846 W. BELL RD STE 112,   Surprise AZ 85374-3066
8168697     +CITIFINANCIAL AUTO CREDIT INC,   2208 HIGHWAY 121 #100,   Bedford TX 76021-5981
8168698     +CREDIT MANAGEMENT SERVICE,   P.O. BOX 931,   BROOKFIELD WI 53008-0931
8168699      CREDIT ONE BANK,   P O BOX 98873,   LAS VEGAS NV 89193-8873
9084727     +Capital Asset Recovery, LLC,   2501 Oak Lawn Avenue Suite 140,   Dallas, TX 75219-4055
8168701     +HAMMERMAN & HULTGREN,   3101 N CENTRAL AVE STE 500,   PHOENIX AZ 85012-2639
8168702      HOUSEHOLD BANK,   12447 SW 69TH AVE,   ATTN: DISPUTE PROCESSING,   TIGARD OR 97223-8517
8168704      HSBC,   PO BOX 80053,   SALINAS CA 93912
8168703     +Household Realty Corporation,   140 Airport Rd Ste D,   Arden NC 28704-8333
8168705     +MEDCLEAR INC,   507 PRUDENTIAL RD.,   Horsham PA 19044-2308
8168706     +Merrick Bank,   PO Box 9201,   Old Bethpage NY 11804-9001
8168708     +National Cash and Credit,   1728 S. Greenfield Rd #108,   Mesa AZ 85206-3484
8168707     +National Cash and Credit,   13856 W. Waddell Rd #103,   Surprise AZ 85379-3801
8168709     +PET HEALTH PHARMACY,   PO BOX 931,   BROOKFIELD WI 53008-0931
8168710     +PLATINUM RECOVERY SERVICES,   3800 WATT AVE STE 225,   Sacramento CA 95821-2690
8262640     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
              NORFOLK VA 23541-0914
8168711      PROACTIV,   P O BOX 11448,   DES MOINES IA 50336-1448
8168712      SUN HEALTH,   2020 LINDELL AVENUE,   Nashville TN 37203-5509
8168713     +Sun Valley Ortho Surgeons,   12361 W. Bola Dr #100,   Surprise AZ 85374-9021
8168714      TARGET,   P O BOX 59231,   MINNEAPOLIS MN 55459-0231
8168715      TARGET NATIONAL BANK,   P.O. BOX 673,   Minneapolis MN 55440-0673
8168716     +UHRIK PC,   5830 W. THUNDERBIRD PMB 182B8,   Glendale AZ 85306-4654
8168717     +UNIVERSITY OF PHOENIX,   APOLLO GROUP DBA UNIV OF PHOENIX,   4615 E ELWOOD ST,
              PHOENIX AZ 85040-1958
8168718      WELLS FARGO EFS,   POB 5185,   Sioux Falls SD 57117-5185
8238598     +Wells Fargo Education Financial Services,   301 E 58th Street N,   Sioux Falls, SD 57104-0422
8168719     +William Castro, PC,   4139 W. Bell Rd, Suite 8,   Phoenix AZ 85053-2751
8168720     +Wolters Kluwer Lippincott Williams & Wil,   P.O. Box 1610,   Hagerstown MD 21741-1610
8464722      eCAST Settlement Corporation assignee of HSBC Bank,   Nevada and its Assigns,   POB 35480,
              Newark NJ 07193-5480
8183992     +household realty corporation,   961 weigel dr,   elmhurst il 60126-1058
```

The following entities were noticed by electronic transmission on Apr 21, 2010.
```
8765683      E-mail/PDF: BNCEmails@blinellc.com Apr 22 2010 01:49:32     CR Evergreen, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
8527671      E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 01:56:44     GE Consumer Finance,
              For GE Money Bank,   dba CARE CREDIT/GEMB,   PO Box 960061,   Orlando FL 32896-0661
8168700     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2010 01:56:44     GEMB/CARE CREDIT,   PO BOX 981439,
              El Paso TX 79998-1439
8200571      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
8168706     +E-mail/Text: bkr@cardworks.com                            Merrick Bank,   PO Box 9201,
              Old Bethpage NY 11804-9001
                                                                                             TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8179634      CitiFinancial Auto, Ltd.,   P.O. Box 182287,   Columbus OH-43218
cr*          CR Evergreen, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*         +Capital Asset Recovery, LLC,   2501 Oak Lawn Avenue Suite 140,   DALLAS, TX 75219-4055
                                                                                        TOTALS: 1, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**               **Signature:**  *Joseph Speetjens*